UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | CASE NO. 3:06-mc-54-32TEM |
| v. ) | |
| ) | |
| ROBERT SCHVEY, ) | **ORDER** |
| ) | |
| Respondent. ) | |
| ) | |

Before the Court is the United States' Petition to Enforce an Internal Revenue Service (IRS) Summons.  Doc. 1.  Upon consideration of the record, the Petition is **GRANTED** and the IRS Summons is hereby **ENFORCED**.

On September 27, 2006, the United States filed a petition requesting this Court to enforce an IRS Summons. Shortly thereafter, this Court entered an Order requiring Respondent Robert Schvey to appear before the Court on January 25, 2007, at 2:00 p.m., to show cause why he should not be compelled to comply with the Summons.  The Court further ordered Respondent to file a written response to the United States' petition, and to serve on the United States any defenses or motions in opposition.

Respondent failed to file any response to the United States' petition, serve any motions or defenses thereto, or appear at the show cause hearing as ordered. The record of the January 25, 2007 hearing is incorporated by reference.  In light of Respondent's inaction and the prima-facie showing made by the United States in

its petition, the Court finds that the United States is entitled to the relief requested. See United States v. Roberts, 858 F.2d 698 (11th Cir. 1988).

Accordingly, pursuant to 26 U.S.C.A. § 7604(a), it is hereby **ORDERED** that Respondent **Robert Schvey shall appear in person before IRS Officer Michelle Rankin, or any other Officer designated by the IRS, at the location of the Federal Building, 400 W. Bay Street, Room 115, Jacksonville, FL 32202, on March 15, 2007 at 9:30 a.m.**, at which time Respondent shall comply fully with the Summons (a copy of which is attached to this Order) and produce books, papers, records, or other requested information, or give testimony, in accordance with the Summons. The United States Marshals Service shall serve Respondent with a copy of this Order within 30 days.

By service of this Order Respondent is hereby placed on notice that his failure to comply with this Order in a timely fashion may subject him to arrest and being brought before the Court to determine whether he is in contempt of this Court. If, after hearing, petitioner is found in contempt, he may be subject to fines or imprisonment as provided by law. See 26 U.S.C.A. § 7604(b); Roberts, 858 F.2d at 699; United States v. Money, 744 F.2d 779 (11th Cir. 1984); United States v. Hayes, 722 F.2d 723 (11th Cir. 1984). The Court retains jurisdiction over this matter for the purpose of enforcing its Orders and imposing appropriate sanctions against Respondent if he fails to comply with the terms of this Order. **Respondent is encouraged, but not required, to retain counsel to represent him in this matter.**

**DONE** and **ORDERED** in Jacksonville this 29th day of January, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

Copies to:

Marcio W. Valladares, Esq. (AUSA)
United States Marshal Service

Attachment:  Summons