**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

          Petitioner,

vs.                                              Case No. 3:06-mc-54-J-32TEM

ROBERT SCHVEY,

          Respondent.

_____

## **ORDER**[1]

On September 27, 2006, the government filed a petition for enforcement of an Internal Revenue Service summons (Doc. 1). After respondent failed to appear at a Show Cause hearing held on January 25, 2007, the Court issued an Order (Doc. 8) on January 29, 2007 granting the petition to enforce the IRS summons and directing respondent to appear before an IRS agent on March 15, 2007. In that Order, the Court advised respondent that "his failure to comply may subject him to arrest and being brought before the Court to determine whether he is in contempt of this Court." Doc. 8. The United States Marshals Service served respondent with a copy of the Court's January 29, 2007 Order. See Return of Service, Doc. 9. On April 10, 2007, the government filed a Motion for Contempt (Doc. 12) explaining that respondent had failed to appear on March 15, 2007 as directed by the Court's January 29, 2007 Order, and seeking to have respondent held in contempt of court. Respondent, who the government served by first-class mail, has not filed any response to

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

the government's motion to have him held in contempt. Accordingly, upon review, pursuant to 26 U.S.C. § 7604(b) and 28 U.S.C. § 1826(a), it is hereby

**ORDERED**:

The United States' Motion for Contempt Order (Doc. 12) is **GRANTED** and the Court finds that respondent, Robert Schvey, is in civil contempt for his failure to comply with the Court's January 29, 2007 Order (Doc. 8). The Clerk is directed to forthwith issue a warrant for the arrest of respondent, Robert Schvey, who shall immediately following his arrest be brought before this Court (or the assigned Magistrate Judge if the undersigned is unavailable) for a hearing concerning the April 24, 2006 Internal Revenue Service Summons, a copy of which is attached hereto. Once again, respondent is strongly encouraged to retain counsel to represent him in this matter. The Clerk shall send a certified copy of this Order to Robert Schvey, 2938 Sandy Branch Lane, Jacksonville, Florida 32257.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of July, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies (w/attachment):

Honorable Thomas E. Morris
United States Magistrate Judge

Ronnie S. Carter, Esq. (AUSA)

United States Marshals Service