**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Petitioner,

vs.                                                               Case No. 3:06-mc-54-J-32TEM

ROBERT SCHVEY,

    Respondent.

## **ORDER**

This matter is before the Court pursuant to the government's Status Report (Doc. 17), filed on August 9, 2007. The government represents that the respondent has fully complied with the summons. As such, the government requests that the Court discharge the Order to Show Cause (Doc. 3).

Accordingly, it is now

**ORDERED**:

The Order to Show Cause (Doc. 3) is **DISCHARGED**. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of August, 2007.

                                                                                      TIMOTHY J. CORRIGAN
                                                                                      United States District Judge

md.
Copies:
Counsel of record